FILED
APR 24 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY jro DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO BLANCO, *et al.*,<br><br>Defendants. | Case No. 23-CR-238 TWR<br><br>**ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

For the reasons set forth in the Government's motion [ECF No. 87], the Court excludes time under the Speedy Trial Act, 18 U.S.C. § 3161, from the date of this Order through June 1, 2023. Pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii), the Court finds that: (1) the ends of justice served by granting such an exclusion outweigh the best interests of the public and the defendants in a speedy trial; and (2) this case and the related cases are so complex, due to the number of defendants, the nature of the prosecution, and the likely existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: April 24, 2023.

_____
Hon. Todd W. Robinson
United States District Judge