UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>FERNANDO BLANCO (2),<br>Defendant. | Case No. 23-CR-238 TWR<br>**ORDER AND JUDGMENT OF DISMISSAL**<br>The Honorable Todd W. Robinson |
|---|---|

Good cause having been shown, for the reasons stated in the Government's motion to dismiss, the Court grants the motion to dismiss the indictment without prejudice as to Defendant Fernando Blanco.

**SO ORDERED.**

Dated: 8/23/23

The Honorable Todd W. Robinson
UNITED STATES DISTRICT JUDGE